Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−10285−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Claude Fouchard
   24 Dameo Place
   Short Hills, NJ 07078−3317

Social Security No.:
   xxx−xx−5505

Employer's Tax I.D. No.:

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

     Please be advised that on January 23, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 10 − 8
Order Granting Motion to Extend Time to File Missing Schedules (Related Doc # 8). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/23/2018. Missing Schedules Due by 2/2/2018. (jf)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 23, 2018
JAN: jf

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Claude Fouchard  
      Debtor

Case No. 18-10285-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jan 23, 2018  
                      Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2018.  
db            Claude Fouchard,   24 Dameo Place,   Short Hills, NJ   07078-3317

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                    TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2018                                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2018 at the address(es) listed below:

        John M. Esposito    on behalf of Debtor Claude  Fouchard john@lawjme.com, r54015@notify.bestcase.com;art@lawjme.com  
        Marie-Ann  Greenberg    magecf@magtrustee.com  
        Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Services 2007-OPXI rsolarz@kmllawgroup.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                  TOTAL: 4