JOHN M. ESPOSITO
JOHN M. ESPOSITO, ESQ.
870-A2 POMPTON AVENUE
CEDAR GROVE, NJ  07009

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018**
**Chapter 13 Case # 18-10285**

| Re: | FOUCHARD CLAUDE        | Atty: | JOHN M. ESPOSITO          |
|-----|------------------------|-------|---------------------------|
|     | 24 DAMEO PLACE         |       | JOHN M. ESPOSITO, ESQ.    |
|     | SHORT HILLS, NJ 07078-3317 |   | 870-A2 POMPTON AVENUE     |
|     |                        |       | CEDAR GROVE, NJ 07009     |

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $116,064.60**

## RECEIPTS AS OF 12/31/2018  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/05/2018 | $1,934.41 | 6775901577 | 03/12/2018 | $1,937.19 | 6775901606 |
| 04/11/2018 | $1,934.41 | 6775901620 | 05/10/2018 | $1,934.41 | 6775901637 |
| 06/18/2018 | $1,934.41 | 6775901660 | 07/27/2018 | $1,934.41 | 6775901681 |
| 08/28/2018 | $1,934.41 | 6775901704 | 10/01/2018 | $1,934.41 | 6775901722 |
| 10/30/2018 | $1,934.41 | 6775901745 | 12/07/2018 | $1,934.41 | 6775901769 |

**Total Receipts: $19,346.88  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $19,346.88**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018  (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| US BANK NATIONAL ASSOCIATION | | | | | | |
| | 04/16/2018 | $2,643.18 | 799,963 | 05/14/2018 | $1,829.95 | 801,849 |
| | 06/18/2018 | $1,829.95 | 803,750 | 07/16/2018 | $1,829.95 | 805,736 |
| | 08/20/2018 | $1,829.95 | 807,605 | 09/17/2018 | $1,876.38 | 809,577 |
| | 10/22/2018 | $1,824.15 | 811,476 | 11/19/2018 | $1,824.15 | 813,434 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,145.33 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,000.00 | 100.00% | 1,000.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | SANTANDER CONSUMER USA INC. | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0004 | UNITED STATES TREASURY/IRS | PRIORITY | 21,721.11 | 100.00% | 0.00 | |
| 0006 | US BANK NATIONAL ASSOCIATION | MORTGAGE ARRE | 77,601.42 | 100.00% | 17,311.81 | |
| 0007 | UNITED STATES TREASURY/IRS | UNSECURED | 1,211.87 | * | 0.00 | |
| 0008 | STATE OF NEW JERSEY | PRIORITY | 1,071.00 | 100.00% | 0.00 | |

**Total Paid:  $19,457.14**
See Summary

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $19,346.88       -    Paid to Claims: $17,311.81    -    Admin Costs Paid: $2,145.33    =    Funds on Hand: $1,824.15

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.