Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−10285−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Fouchard Claude
  24 Dameo Place
  Short Hills, NJ 07078

Social Security No.:
  xxx−xx−5505

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/2/19 at 10:00 AM

to consider and act upon the following:

35 − Motion to Withdraw as Attorney Filed by John M. Esposito on behalf of Fouchard Claude. Hearing scheduled for 4/18/2019 at 10:15 AM at VFP − Courtroom 3B, Newark. (Attachments: # 1 Certification of John M. Esposito # 2 Statement as to Why No Brief is Necessary # 3 Proposed Order # 4 Certificate of Service) (Esposito, John)

Dated: 4/9/19

                                    Jeanne Naughton
                                    Clerk, U.S. Bankruptcy Court