Law Offices
# JOHN M. ESPOSITO
Attorney at Law

870 Pompton Avenue #A2
Canfield Office Park - South Plaza
Cedar Grove, New Jersey 07009-1252
—
(973) 857-7100
Fax: (973) 857-5020
e-mail: john@lawjme.com

April 17, 2019

<u>Via ECF</u>
Honorable Vincent F. Papalia
United States Bankruptcy Judge for the District of New Jersey
50 Walnut Street
Newark, NJ 07102

        **Re:**    **Fouchard Claude**
                  **Case No. 18-10285 VFP**

Dear Judge Papalia:

I represent the Debtor in the above captioned matter.

A secured creditor, Santander Consumer USA, Inc., DBA Chrysler Capital, has filed a motion, returnable on April 18, 2019, to vacate the stay regarding a 2015 Toyota Highlander in Debtor's possession.

I discussed this matter with the Debtor, who advised me that he would represent himself concerning the creditor's motion. Accordingly, I then filed a motion to be relieved as Debtor's counsel, as required by D.N.J. LBR 9010-2 (b) . Due to notice requirements, however, the motion to be relieved is returnable on May 2, 2019. No opposition has been received to the motion.

The Debtor has also advised me that he will appear on the creditor's motion on a pro se basis. As I remain counsel of record though, I leave it in the Court's discretion as to whether or not I should appear on the motion to vacate the stay as well. I shall remain on call.

Thank you for your attention to this matter.

                                              Respectfully yours,
                                              /s/John M. Esposito
                                              JOHN M. ESPOSITO

cc:    Marie-Ann Greenberg, Trustee via ECF and Ordinary Mail
        John R. Morton, Jr., Esq., via ECF and Ordinary Mail