UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

JOHN M. ESPOSITO, ESQ. JE 1072
870 Pompton Avenue Ste A2
Cedar Grove, NJ 07009
(973) 857-7100
Attorney for Debtor

**Order Filed on May 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

FOUCHARD CLAUDE

Debtor.

Case No.:       18-10285

Chapter:        13

Hearing Date:   04/18/2019

Judge:          VFP

## ORDER RELIEVING COUNSEL

The relief set forth on the following pages, numbered two (2) through _____ is **ORDERED**.

**DATED: May 8, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The Court having reviewed the debtor's Notice of Motion to Approve a Loan Modification, and any responses or objections, and for good cause shown, it is hereby ORDERED that:

1. John M. Esposito, Esq. is hereby relieved as Counsel for the Debtor in this matter.