UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

JOHN M. ESPOSITO, ESQ. JE 1072
870 Pompton Avenue Ste A2
Cedar Grove, NJ 07009
(973) 857-7100
Attorney for Debtor

Order Filed on May 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

FOUCHARD CLAUDE

Debtor.

| | |
|---|---|
| Case No.: | 18-10285 |
| Chapter: | 13 |
| Hearing Date: | 04/18/2019 |
| Judge: | VFP |

## ORDER RELIEVING COUNSEL

The relief set forth on the following pages, numbered two (2) through \_\_\_\_\_ is **ORDERED**.

**DATED: May 8, 2019**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The Court having reviewed the debtor's Notice of Motion to Approve a Loan Modification, and any responses or objections, and for good cause shown, it is hereby ORDERED that:

1. John M. Esposito, Esq. is hereby relieved as Counsel for the Debtor in this matter.

United States Bankruptcy Court
District of New Jersey

In re:  
Fouchard Claude  
       Debtor

Case No. 18-10285-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: May 09, 2019  
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2019.
db            +Fouchard Claude,    24 Dameo Place,    Short Hills, NJ 07078-3317

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2019 at the address(es) listed below:
         Denise E. Carlon     on behalf of Creditor     U.S. Bank National Association as trustee on behalf of
          the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates,
          Services 2007-OPXI dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
         John R. Morton, Jr.     on behalf of Creditor     Santander Consumer USA Inc. dba Chrysler Capital
          ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
         Marie-Ann Greenberg     magecf@magtrustee.com
         Rebecca Ann Solarz     on behalf of Creditor     U.S. Bank National Association as trustee on behalf
          of the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates,
          Services 2007-OPXI rsolarz@kmllawgroup.com
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                 TOTAL: 5