PRO SE
,

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
#### Chapter 13 Case # 18-10285

Re:    FOUCHARD CLAUDE                                  Atty:    PRO SE
       24 DAMEO PLACE                                            ,
       SHORT HILLS,  NJ  07078-3317

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $116,064.60**

## RECEIPTS AS OF 01/15/2020   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/05/2018 | $1,934.41 | 6775901577 | 03/12/2018 | $1,937.19 | 6775901606 |
| 04/11/2018 | $1,934.41 | 6775901620 | 05/10/2018 | $1,934.41 | 6775901637 |
| 06/18/2018 | $1,934.41 | 6775901660 | 07/27/2018 | $1,934.41 | 6775901681 |
| 08/28/2018 | $1,934.41 | 6775901704 | 10/01/2018 | $1,934.41 | 6775901722 |
| 10/30/2018 | $1,934.41 | 6775901745 | 12/07/2018 | $1,934.41 | 6775901769 |
| 01/14/2019 | $1,934.41 | 6775901800 | 03/19/2019 | $1,934.41 | 6775901840 |
| 04/16/2019 | $1,934.41 | 6775901862 | 04/30/2019 | $1,934.41 | 6775901874 |
| 06/06/2019 | $1,934.41 | 6775901892 | 07/02/2019 | $1,934.41 | 6775901913 |
| 07/30/2019 | $1,934.41 | 6775901935 | 09/03/2019 | $1,934.41 | 6775901962 |
| 10/29/2019 | $1,934.41 | 6775901997 | 11/22/2019 | $1,934.41 | 6775901976 |
| 12/02/2019 | $1,934.41 | 6775902021 | 12/31/2019 | $1,934.41 | 6775902050 |

**Total Receipts: $42,559.80  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $42,559.80**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| US BANK NATIONAL ASSOCIATION | | | | | | |
| | 04/16/2018 | $2,643.18 | 799,963 | 05/14/2018 | $1,829.95 | 801,849 |
| | 06/18/2018 | $1,829.95 | 803,750 | 07/16/2018 | $1,829.95 | 805,736 |
| | 08/20/2018 | $1,829.95 | 807,605 | 09/17/2018 | $1,876.38 | 809,577 |
| | 10/22/2018 | $1,824.15 | 811,476 | 11/19/2018 | $1,824.15 | 813,434 |
| | 01/14/2019 | $1,824.15 | 817,227 | 02/11/2019 | $1,824.15 | 819,114 |
| | 04/15/2019 | $1,824.15 | 823,099 | 05/20/2019 | $3,648.30 | 825,060 |
| | 07/15/2019 | $1,857.03 | 828,965 | 08/19/2019 | $3,714.06 | 830,862 |
| | 10/21/2019 | $1,905.39 | 834,894 | 11/18/2019 | $1,833.82 | 836,997 |
| | 12/16/2019 | $1,833.82 | 838,927 | 01/13/2020 | $1,833.82 | 840,803 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,139.63 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,000.00 | 100.00% | 1,000.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | SANTANDER CONSUMER USA INC. | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |

**Chapter 13 Case # 18-10285**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0004 | UNITED STATES TREASURY/IRS | PRIORITY | 21,721.11 | 100.00% | 0.00 | |
| 0006 | US BANK NATIONAL ASSOCIATION | MORTGAGE ARRE | 77,601.42 | 100.00% | 37,586.35 | |
| 0007 | UNITED STATES TREASURY/IRS | UNSECURED | 1,211.87 | * | 0.00 | |
| 0008 | STATE OF NEW JERSEY | PRIORITY | 1,071.00 | 100.00% | 0.00 | |
| 0009 | SANTANDER CONSUMER USA INC. | UNSECURED | 5,271.26 | * | 0.00 | |

**Total Paid: $40,725.98**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 17, 2020.

Receipts: $42,559.80    -    Paid to Claims: $37,586.35    -    Admin Costs Paid: $3,139.63    =    Funds on Hand: $1,833.82

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.