From
FOUCHARD CLAUDE
24 DAMEO PL
Short-Hills NJ 07078

FILED
NEWARK, NJ
2020 JUN 18 AM 8:07
JEANNE A. NAUGHTON
BY: [signature]
DEPUTY CLERK

Case # 18-10285 VFP Chapter 13.

To whom it May Concern

I am writting to you to aske you to stop the notice of motion to dismiss petition for not making the requierement payments for the last two months (April, May). I am fully aware of that delay happened unpurposely. The reason; since the begining of March 2020, I was unemployed because all business were shut-down by government due to the Covit-19. While I was confined at home I become ill with the Corona Virus; then I was Hospitalised for a quiet of time at St Barnabas Hospital, Short-Hills, New-Jersey; then I was discharged May First 2020. Also I had to stay confined at home an other Four Weeks for recovering. Today I am alive, receiving unemployment benefit and being abasle to resume my June payment. (see copy.) Dear, Trustee, I would deeply appreciate conprehension if you took in consideration my view on the motion before the scheduled hearing date of 07/16/2020.

Fouchard Claude
Sincerely

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW - FOR ADDITIONAL SECURITY FEATURES SEE BACK

**CASHIER'S CHECK**

6758503666

0067585   11-24
Office AU #   1210(8)

Remitter:   FOUCHARD CLAUDE
Operator I.D.:   u477979

June 09, 2020

PAY TO THE ORDER OF    ***MARIE-ANN GREENBURG***
***CHAPTER 13 STANDING TRUSTEE***

**$1,934.41**

***One thousand nine hundred thirty-four dollars and 41 cents***

Payee Address:
Memo:   CASE#18-10285

VOID IF OVER US $ 1,934.41

WELLS FARGO BANK, N.A.
732 NYE AVE
IRVINGTON, NJ 07111
FOR INQUIRIES CALL (480) 394-3122

Copy Sent

Richard Levy
CONTROLLER

⑈6758503666⑈ ⑆121000248⑆ 4861 513547⑈