Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−10285−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Fouchard Claude
   24 Dameo Place
   Short Hills, NJ 07078

Social Security No.:
   xxx−xx−5505

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/1/20 at 10:00 AM

to consider and act upon the following:

**44** − Trustee's Motion to Dismiss Case or Direct Employer to Pay Trustee or for Entry of an Order for Default Clause. Filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. Hearing scheduled for 7/16/2020 at 10:00 AM at VFP − Courtroom 3B, Newark. (Attachments: # 1 TMG/TMO RECONVERT/DISMISS − PROPOSED ORDER) (Greenberg, Marie−Ann)

Dated: 9/15/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court