UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*[Enter your name, address and phone number]*
JOHN M. ESPOSITO, ESQ. JE 1072
870 Pompton Avenue Ste A2
Cedar Grove, NJ 07009
9973) 857-7100
john@lawjme.com

Order Filed on June 21, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
*[Enter the debtor's name(s)]*
CLAUDE FOUCHARD,
Debtor.

Case No.: 18-10285
*[Enter the case number]*

Chapter: 13
*[Enter the case number]*

Hearing Date: 06/03/2021
*[Enter the hearing date]*

Judge: PAPALIA
*[Enter the Judge's last name]*

# ORDER GRANTING AUTHORITY TO DEBTOR TO OBTAIN A PPP LOAN
*[Enter the relief sought]*

The relief set forth on the following pages, numbered two (2) through *[enter the number of the last page of this Order]* __2__ is **ORDERED**.

*[Leave the rest of this page blank]*

**DATED: June 21, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The Court having reviewed the movant's *[Enter the title of the motion]* Motion for Authority to Obtain a PPP Loan, and any related responses or objections, it is hereby

ORDERED that:

1. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* Debtor be and hereby is allowed to apply for and obtain a PPP loan from the SBA pursuant to the terms outlined in the Debtor's Certification in support of Debtor's motion;

2. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* Debtor shall continue to make payments under the Plan as confirmed;

3. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* Debtor's counsel shall be allowed a legal fee of $  *           for representation in connection with this motion, which is to be paid outside the Plan;

   *No amount of attorneys fees sought is indicated in the Motion Accordingly, this relief is denied without prejudice to Counsel for the Debtor's right to apply for fees through an appropriate fee application.

4. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* A copy of this Order shall be served on the parties hereto within seven (7) days of the date hereof.